

| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>NEWMAN,, PAULINE | 2. Court or Organization<br><br>U.S. Ct. of Ap. for Fed. Cir. | 3. Date of Report<br><br>05/03/2006 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>717 Madison Place, N.W.<br>Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Advisory & Review Committee | Advanced Science & Technology Adjudication Project |
| 2. Advisory Committee | George Mason Univ. School of Law, Law & Economics Center |
| 3. Yale Graduate School Wilbur Cross Committee | Yale University |
| 4. Trustee | Trusts |
| 5. Director | Rule of Law Foundation |
| 6. Director | Judiciary Leadership Development Council |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Pension, FMC Corporation, earned before entry on duty. | $ 35,100.00 |
| 2. 2005 | Royalty, West Publishing Company, textbook. | $ 4,042.17 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association | Mar. 18-19, 2005; New York, New York; Travel, Lodging and Food. |
| 2. Fordham University School of Law | Mar. 30-31, 2005; New York, New York; Travel, Lodging and Food. |
| 3. Federal Circuit Bar Association | June 22-25, 2005; Kiawah Island, South Carolina; Travel, Lodging and Food. |
| 4. Gordon Research Conferences | Sept. 3-8, 2005; Oxford, United Kingdom; Travel, Lodging and Food. |
| 5. George Mason University School of Law | Sept. 9-10, 2005; Alexandria, Virginia; Travel, Lodging and Food. |
| 6. McGill University Centre for Intellectual Property Policy | Sept. 25-27, 2005; Montreal, Quebec, Canada; Travel, Lodging and Food. |
| 7. Advanced Science & Technology Adjudication Project | Oct. 6-9, 2005; Warrenton, Virginia; Travel, Lodging and Food. |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN,, PAULINE | 05/03/2006 |

8. Harvard University Law School

Oct. 18-19, 2005; Boston, Massachusetts; Travel, Lodging and Food.

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN,, PAULINE | 05/03/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN,, PAULINE | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Canada Southern Petroleum (Common) | | None | K | T | | | J | A | |
| 2. T.Rowe Price Mut.Funds (New Horizon; Div. Gr. Sci&Tech.Fund) | A | Dividend | M | T | Buy | 12-27 | J | | |
| 3. Riggs Bank Accounts | B | Interest | N | T | | | | | |
| 4. Vanguard Life Strategy Gr. Mutual Fund | A | Dividend | | | Sold | 7-27 | K | D | |
| 5. First Trust Municipal Bond Fund (Oppenheimer) | B | Interest | K | T | | | | | |
| 6. First Trust Municipal Bond Fund (Oppenheimer) | B | Interest | J | T | | | | | |
| 7. American Century Growth Mutual Fund | A | Dividend | M | T | | | | | |
| 8. Oppenheimer Municipal Bond Fund | C | Interest | L | T | | | | | |
| 9. American Capital Bond Fund | A | Dividend | J | T | | | | | |
| 10. Corporate High Yield Mutual Bond Fund (Merrill Lynch) | B | Dividend | K | T | | | | | |
| 11. Bedford Money Market Portfolio | A | Dividend | J | T | | | | | |
| 12. Washington Mutual Investment Fund | A | Dividend | | | Sold | 12-20 | K | C | |
| 13. Invesco Health Sci. Mut. Fd. (now AIM Health Sci. Mut. Fd.) | A | Dividend | K | T | | | | | |
| 14. Oklahoma Gas & Electric Co. (Common) (partial sale 2004) | A | Dividend | J | T | | | | | |
| 15. Box Energy Corporation (now Remington Oil & Gas Corp.) | | None | J | T | | | | | |
| 16. American Century Select Mutual Fund | A | Dividend | M | T | | | | | |
| 17. Rochester Fund Municipal Bond Fund | A | Dividend | | | Sold | 11-22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN,, PAULINE | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MFS Emerging Growth Mutual Fund (partial sale 2004) | A | Dividend | K | T | | | | | |
| 19. Putnam Europe Mutual Fund | B | Dividend | M | T | | | | | |
| 20. Seligman Comm & Info. Mutual Fund | A | Dividend | M | T | | | | | |
| 21. AIM Weingarten Mutual Fund | A | Dividend | | | Sold | 11-22 | J | | |
| 22. Kemper Technology Mutual Fund | A | Dividend | | | Sold | 11-22 | K | A | |
| 23. UIT First Trust Bond Fund | A | Dividend | | | Redeemed | 12-31 | J | A | |
| 24. Franklin NY Mutual Fund | A | Dividend | K | T | | | | | |
| 25. Franklin Fix Cap Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 26. Putnam Health Science Mutual Fund | B | Dividend | L | T | | | | | |
| 27. Nasdaq 100 Trust | | None | K | T | | | | | |
| 28. First Eagle Global Mutual Fund | A | Dividend | J | T | Buy | 02-23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN,, PAULINE | 05/03/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN,, PAULINE | 05/03/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date _May 3, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILL~~~~IES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544